STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. FRANK
DUNN, PLAINTIFF IN ERROR.

Submitted October 28, 1927—Decided February 6, 1928.

For the defendant in error, *William H. Geraghty.*

For the plaintiff in error, *Romulus P. Rimo.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by the Supreme
Court.

*For affirmance*—PARKER, KALISCH, BLACK, KATZENBACH,
CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON,
KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.